**Order entered May 15, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00269-CV

**NANCY HORN, Appellant**

**V.**

**EQ THE ENCORE LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002142-2014**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot Collin County District

Clerk's April 23, 2014 and May 7, 2014 requests for extension of time to file record.


/s/     DAVID LEWIS
         JUSTICE